IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSIAH C. BADBEAR,<br><br>Defendant. | PO-18-05051-BLG-TJC<br>Violation No. 6610150, 6610149, 6610148, and 6610151.<br>Location Code: M14<br><br>ORDER TO AUTHORIZE PAYMENT PLAN AND VACATE INITIAL APPEARANCE |

Upon the unopposed motion of the United States (Doc. 6) and for good cause shown,

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $1370.00 for Violation Notices 6610150, 6610149, 6610148, and 6610151 in twelve installments consisting of $100.00 on the first day of each month from December 2018 through January 2020 and one installment of $70.00 on the first day February 2018.

IT IS FURTHER ORDERED that the Initial Appearance set for October 2, 2018 at 9:00 a.m. is VACATED.

DATED this 2nd day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge