# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JOSIAH C. BADBEAR,** <br><br> Defendant. | PO-18-05051-BLG-TJC <br> Violation No. 6610150, 6610149, 6610148, and 6610151. <br> Location Code: M14 <br><br> **AMENDED ORDER TO AUTHORIZE PAYMENT PLAN AND VACATE INITIAL APPEARANCE** |

Upon the unopposed motion of the United States (Doc. 6) and for good cause shown,

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $1370.00 for Violation Notices 6610150, 6610149, 6610148, and 6610151 in thirteen installments consisting of $100.00 on the first day of each month starting December 2018 through December 2019 and one installment of $70.00 on the first day January 2020.

IT IS FURTHER ORDERED that the Initial Appearance set for October 2, 2018 at 9:00 a.m. is VACATED.

DATED this 3rd day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge