# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOSSIAH C. BADBEAR**<br><br>Defendant. | PO-18-05051-BLG-TJC<br><br>**ORDER**<br><br>Violation No. 6610148, 6610149, 6610150, 6610151<br>Location Code:  Unknown |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED.  (Doc. 22.)  The matter is dismissed, with prejudice as fully adjudicated.

DATED this 20th day of July, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge